UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JENA MCCLELLAN,<br>    Plaintiff,<br><br>-v-<br><br>MIDWEST MACHINING, INC.,<br>    Defendant. | No. 1:16-cv-1308<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 33), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: August 3, 2017                        /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge