UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JENA MCCLELLAN, | ) | |
|          Plaintiff, | ) | |
| | ) | No. 1:16-cv-1308 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| MIDWEST MACHINING, INC., | ) | |
|          Defendant. | ) | |
| | ) | |

## JUDGMENT

In accordance with the opinion entered today (ECF No. 83), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

**Date:**  September 25, 2020                 /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     United States District Judge